UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON P. LEE                                CIVIL ACTION

VERSUS                                        NO. 19-10362

ROBERT TANNER, WARDEN                         SECTION "G"(5)

# ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Brandon P. Lee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

**NEW ORLEANS, LOUISIANA,** this 2nd day of January, 2020.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

1